UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BLACKSTONE REALTY INVESTORS, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL B. STEWART, et al., <br><br> Defendants. | Case No. 3:09-cv-00189-ECR-RAM <br><br> ORDER GRANTING MOTION FOR EXTENSION OF TIME |

Plaintiff filed a Motion for Extension of Time (#113) requesting an extension of time to file a response to the Motion to Dismiss for Failure to State a Claim (#110) until after the Motion to Dismiss for Lack of Subject Matter Jurisdiction (#106) is ruled upon.

In the event that the Motion to Dismiss for Lack of Subject Matter Jurisdiction is denied, Plaintiff shall have 21 days within which to Respond to Defendant's Motion to Dismiss for Failure to State a Claim (#110).

IT IS ORDERED granting Plaintiff's Motion for Extension of Time (#113).

Dated this 14th day of April 2011.

_Edward C. Reed_
EDWARD C. REED, JR.
United States District Judge