```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                          RENO, NEVADA
```

BLACKSTONE REALTY INVESTORS, LLC.,  )   3:09-cv-00189-ECR-RAM
                                    )
    Plaintiff,                      )   MINUTES OF THE COURT
                                    )
vs.                                 )   DATE: August 29, 2011
                                    )
MICHAEL B. STEWART, individually    )
and as Trustee of the Michael B.    )
Stewart Living Trust; HIGH ROCK     )
HOLDING, LLC, ORIENT FARMS, LLC;    )
H20, INC.; WHITE PAPER, LLC;        )
EMPIRE FARMS, LLC; GRANITE          )
INVESTMENT GROUP, LLC; TAHOE ROSE,  )
LLC; SIERRA ROSE, LLC; HONALO KAI,  )
LLC; CLEARWATER PROPERTIES, LLC;    )
and DOES 1 through 60, inclusive,   )
                                    )
    Defendants.                     )
_____)

PRESENT:      EDWARD C. REED, JR.                U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN        Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                    NONE APPEARING

Counsel for Defendant(s)                    NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    On March 8, 2011, Defendants filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction (#106). Defendants argued that this action must be dismissed because all Defendants are citizens of the State of Nevada, and Plaintiff Blackstone Realty Investors, LLC ("Blackstone Realty") is also a citizen of the state of Nevada.

    Plaintiff Blackstone Realty is an entity formed in the State of Delaware. However, Tom Gonzales, the managing member of Blackstone Realty, is a citizen of Nevada. The Ninth Circuit has held that "an LLC is a citizen of every state in which its owner/members are citizens." <u>Johnson v. Columbia Properties Anchorage, LP</u>, 437 F.3d 894, 899 (9th Cir. 2006).

On March 23, 2011, Plaintiff Blackstone Realty filed its response (#111) to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (#106).  In its response, (#111), Plaintiff conceded that <u>Johnson</u> is dispositive, and that Plaintiff find no authority to the contrary.  Plaintiff concluded by stating that "Blackstone reserves its right to recommence the action in state district court under NRS 11.500."

**<u>IT IS, THEREFORE, HEREBY ORDERED</u>** that Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction (#106) is **<u>GRANTED</u>**.  The remaining pending motions (## 80, 105, 110) are **<u>DENIED</u>** as moot.

The Clerk shall enter judgment accordingly.

LANCE S. WILSON, CLERK

By _____/s/_____
     Deputy Clerk